MAR 11 2015

In The United States District Courts
For The Eastern District of Pennsylvania     3/4/15

Jerome Marshall
Petitioner
vs

John Wetzer
Commissioner of Pennsylvania
Michael L. Wenerwrd
Superintendent SCI Graterford
The District of Philadelphia
District Attorney Office

PRO-SE Petitioner

Civil Action
NO. 03-CV-0338

## Petitioner's PRO-SE OMNIBUS MOTION

(1.) I move this Court for an ORDER dismissing Christain J. Hoey ESq. and Maureen Coggins ESq. as attorneys in this matter.

(2.) I move this Court for an ORDER striking and removing the Habeas Corpus and all documents and actions filed by the FCDO

(3.) I move this Court for an ORDER granting this filing of a new Habeas Corpus Petition Nunc PRO Tunc in this matter.

(4.) I move this Court for an ORDER directing a remand back to State Court for proceedings to determine a new PCRA Nunc PRO Tunc

In the United States District Court
For The Eastern District Of Pennsylvania      3/4/15

Jerome Marshall
Petitioner
vs.

John Wetzel
Commissioner of Pennsylvania
Michael L. Wenicwicz
Superintendent SCI Graterford
The District of Philadelphia
District Attorney's Office

Respondents

: PRO-SE Petitioner
:
: Civil Action
: No. 03-CV-0338

## Certificate-of-Service

I, Jerome Marshall, PRO SE, hereby certify that I am serving a copy of the foregoing petition for my Motions upon the interesting parties on this date listed below, by placing said Omnibus Motions in a properly addressed envelope and placing said envelope in the institutional mailbox located on J-Block G-Wing.

TO: District Attorney Office
in Philadelphia County

TO: Maureen Coggins Esq.
Attorney

Respectfully submitted
Jerome Marshall
Jerome Marshall  AY-5932

Dated 3/4/15

Name: Jerome Marshall
Number: AY-5932
Box 244
Graterford, PA 19426-0244

Judge James Knoll Gardner
United States District Court
504 Hamilton Street
Allentown, PA. 18101-1514