UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| JEROME MARSHALL, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : No. 03-cv-03308 |
| | : |
| JOHN E. WETZEL, Commissioner, | : |
| Pennsylvania Department of Corrections; | : |
| ROBERT D. GILMORE, Superintendent, | : |
| State Correctional Institution at Greene; | : |
| THE DISTRICT ATTORNEY OF THE | : |
| COUNTY OF PHILADELPHIA; and | : |
| THE ATTORNEY GENERAL OF THE | : |
| STATE OF PENNSYLVANIA, | : |
| | : |
| Respondents. | : |

_____

# **O R D E R**

**AND NOW**, this 6th day of November, 2018, upon consideration of the Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, ECF No. 1; the Response to Petition for Writ of Habeas Corpus, ECF No. 35; Petitioner's Reply Memorandum in Support of Petition for a Writ of Habeas Corpus, ECF No. 51; Sur-Reply to Petitioner's Reply Brief, ECF No. 55; Petition and Memorandum of Law of Petitioner's Jerome Marshall, in Support of His Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, ECF No. 145; the Supplemental Response to Petition for Writ of Habeas Corpus, ECF No. 158; Respondents' Status Report of June 6, 2018, ECF No. 171; and the Respondents' Status Report of June 25, 2018 , ECF No. 172, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Petition for Writ of Habeas Corpus is **GRANTED IN PART** and **DENIED IN PART.**

2. Petitioner's two death sentences are **VACATED**.

3. The execution of the writ of habeas corpus is **STAYED** for 180 days from the date of this Order to permit the Commonwealth of Pennsylvania to grant petitioner a new sentencing hearing.

4. In all other respects, the Petition for Writ of Habeas Corpus is **DENIED**.

5. There is no basis for the issuance of a certificate of appealability.

6. The Clerk of Court shall **CLOSE** this case for statistical purposes.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge